## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

<u>LUIS ROMAN</u>   v.   <u>JOHN DONELLI, Superintendent</u>

HONORABLE JAMES K. SINGLETON, JR.

DATE: June 12, 2008                                            CASE NO. <u>9:06-cv-00230-JKS</u>

PROCEEDINGS:      **MINUTE ORDER FROM CHAMBERS**
                                **Re: Motion at Docket No. 51**

     At Docket No. 51 Petitioner Luis Roman has filed a Motion for Reconsideration, which the Court treats as a motion for a new trial. The motion, filed more than 10 days after entry of judgment, is untimely. Fed. R. Civ. P. 59(b). This time may not be extended. Fed. R. Civ. P. 6(b)(2).

     The Motion for Reconsideration at Docket No. 51 is DENIED.

[MO Mtn Dkt 51.wpd]